Dismissed and Memorandum Opinion filed August 30, 2007








Dismissed and Memorandum Opinion filed August 30, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01059-CV

____________

 

LUIS REY FLORES, Appellant

 

V.

 

PATRICIA FLORES, Appellee

 



 

On Appeal from the
County Court at Law

Waller County,
Texas

Trial Court Cause
No. 98-03-14479

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 3, 2006.   On February 15, 2007, this
court ordered the parties to mediation.  

On July
19, 2007, notification was transmitted to all parties of the Court=s intent to dismiss the appeal for
failing to comply with this court=s order of May 31, 2007, which
ordered the parties to conduct mediation and advise the court in writing
whether the case settled within thirty days of the order.  See Tex. R. App. P. 42.3(c).

No
response was filed.  Accordingly, the appeal is ordered dismissed.








 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
30, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.

Do Not Publish.